

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RICHARD FREY,<br><br>        Defendant. | No. 2:03-cr-00271-GEB<br><br>No. 2:13-cr-00105-GEB<br><br>**ORDER RELEASING RICHARD FREY FROM CUSTODY** |

TO UNITED STATES MARSHALL:

This Order authorizes and directs you to release RICHARD FREY from further detention on charges that he violated conditions of his supervised release in light of his agreement to report to The Effort, a residential treatment program.

IT IS SO ORDERED.

Dated: April 28, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge

file copy
ORIG to USM

1