HEATHER E. WILLIAMS, #122664
Federal Defender
NOA EVA OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Noa_Oren@fd.org

Attorney for Defendant
RICHARD FREY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>RICHARD FREY,<br><br>            Defendant. | Case No. 2:03-cr-271-GEB<br>Case No. 2:13-cr-105-GEB<br><br>UNOPPOSED MOTION AND [PROPOSED] ORDER TO AMEND JUDGEMENTS TO CORRECT ERROR PURSUANT TO RULE 35<br><br>JUDGE: Hon. Garland E. Burrell |

Mr. Richard Frey, through counsel, moves the Court pursuant to Fed.R.Crim.P. 35 to clarify the JUDGMENT entered in this case on August 24, 2016 (Dckts. 50 and 31, respectively) on page 2 to read that:

"The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months with time to run concurrent in 2:03-cr-271-GEB and 2:13-cr-105-GEB."

This was the parties' understanding of the Court's oral Judgement & Sentence. Both Assistant United States Attorney Katherine Lydon and U.S. Probation Officer Shari Simon agree with this correction.

Fed.R.Crim.P. 35 gives the Court jurisdiction to amend a judgment to correct clear errors.

Dated: August 25, 2016                    Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Noa Eva Oren*
                                          NOA EVA OREN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          RICHARD FREY

## **O R D E R**

IT IS SO ORDERED.  Based on Mr. Frey's unopposed motion and good cause appearing therefrom, the Court hereby orders pursuant to Fed. R. Crim. P. 35 that the Judgment entered August 24, 2016 be amended to clarify the term of commitment on page 2 to read that:

"The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months with time to run concurrent in 2:03-cr-271-GEB and 2:13-cr-105-GEB."

Dated: August 29, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge